In the Matter of the Claim of GEORGE KEENAN, Appellant, against FREDERICK SNARE CORP. and THE STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion by claimant to appeal on a typewritten record

as a poor person granted, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.